UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARCUS MAYS, #218101,                    )
                          Plaintiff,     )
                                         )          No. 2:17-cv-167
-v-                                      )
                                         )          Honorable Paul L. Maloney
UNKNOWN PYNNONEN, *et al.*,               )
                          Defendants.    )
                                         )

## JUDGMENT

The Court has resolved all pending claims.  As required by Rule 58 of the Federal

Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACITON IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 27, 2021                              /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge